**George W. NEWMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58919.**

Missouri Court of Appeals,
Western District.

June 19, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Application for Transfer Denied
Aug. 21, 2001.

Sarah N. Weber, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty Gen., Evan J. Buchheim, Asst. Attys. Gen., Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

George W. Newman appeals the denial of his 29.15 motion for postconviction relief.

We have reviewed the briefs of the parties and the record on appeal, and find no

error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).